AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 21-241MB
65 Amberly Drive )
Sedona, AZ 86336 )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-3

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   September 22, 2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the duty Magistrate Judge in the Phoenix Division   .
*(United States Magistrate Judge)*

N/A ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   9/8/21 @ 10 am        _____
                                                *Judge's signature*

City and state:   Phoenix, Arizona             Hon. Michelle H. Burns, U.S. Magistrate Judge
                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A-3

## PREMISES 3
## DESCRIPTION OF PROPERTY TO BE SEARCHED

The property to be searched is described as the residence located at 65 Amberly Drive, Sedona, AZ 86336, which is further described as a single-story residence with a tan façade. There is a U-shaped driveway that connects to Amberly Drive and a two-car garage on the west side of the residence. There is a rock with the number 65 in black at the front of the western entrance of the driveway to Amberly Drive.



## **ATTACHMENT B**

### ITEMS TO BE SEIZED

Records relating to violations of Title 26, United States Code, Sections 7201 (tax evasion) and 7206(1) (subscribing to a false tax return) and Title 18, United States Code, Section 371 (conspiracy), those violations involving Deborah Santa Cruz, Efren Santa Cruz, Cafe Jose LLC, Golden Goose Cafe LLC, and occurring after January 1, 2016, including:

1. Bookkeeping records and other financial records including general ledger, general journals, all subsidiary ledgers and journals, gross receipts and income records, cash receipts and disbursement records and/or journals, sales and purchase records and/or journals, accounts receivable and payable ledgers and records, bad debt records, cost of goods sold records, loan receivable and payable ledgers, voucher register, and all sales and expense invoices including all invoices documenting expenses paid by cash (currency) or bank check (cashier or official checks) or money orders, and retained copies of any bank checks (cashier or official checks) or money orders.

2. Checking and savings account records, including account signature cards, canceled checks, deposit slips, deposit receipts, passbooks, bank statements, debit and credit memos, wire transfer advices, related bank advices, Forms 1099 issued, cashiers' checks and money orders purchases, correspondence, other bank related transaction documents, and any and all documents related to personal and business accounts in any foreign or domestic financial institution. Record of any certificates of deposit, money market certificates, U.S. Treasury Notes or Bills purchased, and safe deposit boxes.

3. Timesheets, schedules, workpapers, summaries or any other documentation related to payroll or payroll tax returns. Any documentation identifying employees.

4. Loan records including applications, financial statements, loan collateral, credit and background investigations required, loan agreement, notes or mortgages, settlement sheets, contracts, retained copies of checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files and memoranda relative to these loans.

5. Records and workpapers reflecting the purchase, basis and depreciable life of assets. Records and workpapers of the sale of business assets such records disclosing the dates of purchase and sale, cost and sales price, records establishing or adjusting asset basis.

6. All financial statements, bookkeeper's and/or accountant's workpapers used in the preparation of business records or tax returns. Retained copies of all federal and

1

state income, payroll and sales tax returns. All correspondence from the return preparer or the Internal Revenue Service.

7. Documents and records pertaining to the sale of real property.

8. IRS publications; regulations and or copies of IRS forms and documents; and the Internal Revenue Code.

9. Point of sale data files, all past and present versions of POS software, all supported and unsupported versions of the POS software, any and all encryption keys, license keys, product keys, activation keys, hardware keys, passwords, account login information and manuals. POS data including archive and backup copies including client passwords and account login information, encryption keys and other solutions to security measures.

10. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

   a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

   c. evidence of the lack of such malicious software;

   d. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

   e. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

   f. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

   g. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

    h. evidence of the times the COMPUTER was used;

    i. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

    j. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

    k. records of or information about Internet Protocol addresses used by the COMPUTER;

    l. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

    m. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.